IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID BOONE, On behalf of himself
and all others similarly situated                                                             PLAINTIFF


VS.                                         CASE NO. 13-CV-4064


COOPER TIRE & RUBBER COMPANY                                                   DEFENDANT


## ORDER

Before the Court is the parties' third Joint Motion to Extend Deadlines. (ECF No. 22). The parties are currently working toward a settlement. Accordingly, they request that all running deadlines in this case be suspended through December 31, 2013.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Defendant must file its response to Plaintiff's Motion to Remand (ECF No. 13) on or before December 31, 2013. The parties' deadline for filing their Joint Rule 26(f) report is also extended to December 31, 2013.

IT IS SO ORDERED, this 4th day of December, 2013.


                                                             /s/ Susan O. Hickey
                                                             Susan O. Hickey
                                                             United States District Judge