IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID BOONE, On behalf of himself
and all others similarly situated                                                                PLAINTIFFS

V.                                        CASE NO. 13-CV-4064

COOPER TIRE & RUBBER COMPANY                                                      DEFENDANT

ORDER

Before the Court is a Stipulated Dismissal With Prejudice. (ECF No. 26). The parties have advised the Court that all claims in this case have been resolved. Accordingly, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 30th day of January, 2014.

                                                           /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          United States District Judge